IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ROBERT L. BERRY,

    Plaintiff,

v.                                           Case No: 3:20cv6030-RV/HTC

BOYETT'S VACUUM PUMPING INC.,

    Defendant.
_____/

## ORDER

Pursuant to the parties' joint stipulation of dismissal with prejudice (doc. 13), it is hereby ORDERED that:

(1) This case is dismissed, with prejudice and without taxation of costs.

(2) In the event settlement that is not consummated for any reason, the Court reserves the power, upon motion filed by either side within sixty (60) days after this date, to amend, alter or vacate and set aside this order of dismissal.

**DONE and ORDERED this 12th day of August, 2021**

                                        /s/ *Roger Vinson*
                                        **ROGER VINSON**
                                        **Senior United States District Judge**